**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Meiko Thompson
           Plaintiff,

v.
                                  Case No.: 1:24–cv–05786
                                  Honorable Martha M. Pacold

Abbott Laboratories

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument held on 5/15/2026. Plaintiff's counsel did not appear. As more fully explained and as stated on the record, emailing the court's proposed order inbox requesting to appear telephonically is not appropriate. At the hearing, the court stated that plaintiff filed this case in the Northern District of Illinois; on further review of the docket, plaintiff filed the case in the Eastern District of Louisiana but it was transferred to this district due to a forum selection clause, *see* [17], but plaintiff has pursued the case in this district and thus has incurred the costs of litigating here. As more fully explained and for the reasons stated on the record, the court strikes plaintiff's Local Rule statements of fact, [86], [87], and plaintiff's response brief, [84], [85], for failure to comply with Local Rules 5.2, 7.1, and 56.1. As more fully explained and for the reasons stated on the record, defendant's motion for summary judgment, [76], is granted on all claims. Enter final judgment. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.